| Date | Orders | Patient |
|---|---|---|
| 11/19/19 1230 | #1 DDAVP 0.8mg i QHS x 365<br>#2 f/u c urology in 3 months<br>RBVO Dr. Rees/ [signature]<br>#3 | Name Smith, Jacob<br>AO 41666<br>Allergies:<br>Unit - WRC A B (C) D<br>INF HSU1 HSU2 LHU2 MDIU LHU1<br>Medication Issued From Stock<br>1 #___ 2 #___ 3 #___<br>Date 11/19/19 Initials [initials] |
| 12/19/19 | #1 PAIN CLINIC 1-2 RCS<br>Dx BILAT. KNEE EFFUSION<br>#2 ~~LABS~~. CBC BMP PRECK<br>#3<br>[signature] | Name Smith, Jacob<br>AO 41666<br>Allergies:<br>Unit - WRC A B C D<br>INF HSU1 HSU2 LHU2 MDIU LHU1<br>Medication Issued From Stock<br>1 #___ 2 #___ 3 #___<br>Date 12/19/19 Initials KW |
| 2/6/20 | #1 Please schedule with D. Rees to re-evaluate<br>#2 need for tx. of left index finger.<br>#3<br>T. Boese RN | Name Smith, Jacob<br>AO 41666<br>Allergies:<br>Unit - WRC A B C D<br>INF HSU1 HSU2 LHU2 MDIU LHU1<br>Medication Issued From Stock<br>1 #___ 2 #___ 3 #___<br>Date 2/6/20 Initials TB |
| 2/28/20 | #1 ANA, ESR, RF<br>Dx CHRONIC KNEE EFFUSION<br>#2<br>#3<br>[signature] | Name Smith, Jacob<br>AO 41666<br>Allergies:<br>Unit - WRC A B C D<br>INF HSU1 HSU2 LHU2 MDIU LHU1<br>Medication Issued From Stock<br>1 #___ 2 #___ 3 #___<br>Date 2/28/2020 Initials KW |

DEFENDANTS 2196

exhibit 1



**Montana Department of Corrections**

**Nursing and Provider Progress Notes**

| T: 98² | P: 56 | RR: 16 | BP: 117/69 | O2 Stats: 99 | Height: 6'0" | Weight: 220 | Age: 44 |
|---|---|---|---|---|---|---|---|

**Routine Follow Up:** Schedule back with Dr. Rees to discuss kite daed 7.23.19 and urinary plan of care see 3.4.19 note from Dr. Readal per SP 7.26.19

PT REPORTS 50% RELIEF IN NOCTURNAL POLYURIA c̄ DDAVP qHS PT HAS BEEN ON MED CONTINUOUSLY FOR 2-3 DAYS PREVIOUSLY WHEN OFF IT EXPERIENCED HA'S.

Px E BENIGN FUNDUS. H-RRR L-CLEAR A. SOFT E- BILAT MOD. KNEE EFFUSIONS. GOOD ROM Φ LIG INSTABILITY.

A) DETRUSOR INSTABILITY
BILAT. KNEE EFFUSIONS ≈ 4 MOS
Φ Hx OF RA.

P) REPEAT BILAT KNEE X RAYS

Provider Signature: [signature]

**Offender Name / DOC ID#:** Smith, Jacob Lee - 41666 | **Date:** 11/21/2019 | **Time:**

SCHEDULE FOR ARTHROCENTESIS TOMORROW
BACTRIM DS ĪĪ PO IN AM / AT TIME OF PROCEDURE AND AT HS.
F/U FOR DETRUSOR INSTAB. 4WKS
c̄ CBC, BMP ESR RF PRIOR [signature]

CONFIDENTIAL MEDICAL INFORMATION - UTILIZE CARE IF DESSEMINATING

exhibit 2



## Montana Department of Corrections

### Nursing and Provider Progress Notes

| T: 98.2 | P: 60 | RR: 16 | BP: 109/67 | O2 Stats: 98 | Height: 6'0" | Weight: 220 | Age: 44 |
|---|---|---|---|---|---|---|---|

**Routine Referral:** Please schedule with Dr. Rees to re-evaluate need for TX of left index finger per TB 2.6.20

INJURED 2016. I SAW 2/10/17

RX: ACTIVE / PASSIVE STRETCHING PROGRAM.

(L) INDEX FINGER c̄ LIMITED FLEXION

BOTH ACTIVE & PASSIVE 2° PAIN.

Ø SIG ATROPHY.

BOTH KNEES c̄ RECURRENT EFFUSIONS.

GOOD ROM.

A) CHRONIC EXTENSOR CONTRACTIONS (L) INDEX FINGER

CHRONIC KNEE EFFUSIONS

P) ANA ESR RF

APPT c̄ ORTHO DR JONES

TRIAL OF INDOCIN 25 TID x14 D

F/U c̄ ME AFTER ORTHO APPT.

**Provider Signature:** [signature]

| **Offender Name / DOC ID#:** Smith, Jacob Lee - 41666 | **Date:** 02/28/2020 | **Time:** |
|---|---|---|

CONFIDENTIAL MEDICAL INFORMATION - UTILIZE CARE IF DESSEMINATING

**Montana State Prison**
**Nursing & Provider Progress Notes**

| Date/Time | Progress Notes |
|---|---|
| 11/22/19 | Ø Pt have both knees drained. |
| | BP: 119/74 P: 64 Sat: 99% T: 98.2 Wt: 250 |

Inmate Name: Smith (Last) Jacob (First)

DOC ID#: 4116666

DEFENDANTS 2208

exhibit 4

Inmate Name JACOB SMITH
DOC ID# 41666

**DEPARTMENT OF CORRECTIONS**
**MONTANA STATE PRISON**

**INFORMED CLINICAL CONSENT**

I understand that the following clinical procedure; ARTHROCENTESIS c̄ STEROIDS INJ. BOTH KNEES
Is recommended by Dr. Rees ✓ Requested by myself ✓
*(MDOC Health Care Provider Name)*

I have received a clear explanation of my condition, the recommended clinical procedure, the probability of success, treatment alternatives and post procedure expectations/care.

The expected benefit(s) from this clinical procedure is/are: **Removal of lesion___ Drainage of lesion___ Relief of joint inflammation** ✓ ______

I have been advised of any significant risks in relation to this clinical procedure. The following reasonably foreseeable risks were discussed: **Death, Infection, Scarring, Pain, Loss of function, Nerve damage, Incomplete removal requiring repeat excision** ✓ ______

I understand that if the procedure is NOT performed the possible risks are: **Progression of lesion/condition, Failure to accurately diagnose,** ______

I am aware of my right to give informed consent or informed refusal I, DO ✓ DO NOT___ give my informed consent to the recommended procedure.

Patient comment: ______

Signature of Patient [signature] Date/Time 11/22/19

Signature of Witness [signature] Date/Time 11/22/19

Patient Refused to Sign ______ Date/Time ______
Witness Signature

DOC 4.5.31 (Attachment) Informed Consent – Revised 4/29/14 **(Mod by Rees 11/15/19)**

exhibit 5





## Montana Department of Corrections

### Nursing and Provider Progress Notes

| T: | P: | RR: | BP: / | O2 Stats: | Height: | Weight: | Age: |
|---|---|---|---|---|---|---|---|

**Sick Call Referral:** DDVAP not working well- knees swollen again- requests results of lab per RH 12.4.19

| Provider Signature: | | |
|---|---|---|
| **Offender Name / DOC ID#:** Smith, Jacob Lee - 41666 | **Date:** 12/10/2019 | **Time:** |

CONFIDENTIAL MEDICAL INFORMATION - UTILIZE CARE IF DESSEMINATING

DEFENDANTS 2206

exhibit 6

**NAME:** [illegible] **NUMBER:** [illegible] **UNIT:** UC

## IN REGARDS TO YOUR REQUEST/KITE

[illegible]

[illegible]

[illegible signature]

☐ AN APPOINTMENT AT SICK CALL HAS BEEN SCHEDULED FOR YOU.

☐ THE INFIRMARY NO LONGER SUPPLIES THIS.

☐ YOU HAVE RECEIVED ALL OF THE MEDICATION ORDERED FOR YOU.

☐ THE ITEM(S) CAN BE PURCHASED FROM THE CANTEEN.

☐ SEE YOUR UNIT SERGEANT.

☐ SEE YOUR UNIT COUNSELOR.

☐ IF YOU HAVE FURTHER QUESTIONS, CONTACT THE INFIRMARY VIA KITE.

______________________________
THE INFIRMARY

______NU[illegible]